EMMA KAULE and Others, Respondents, v. H. C. BOHACK Co., INC., Appellant. — Orders reversed, with twenty dollars costs and disbursements, and motion to preclude granted, with ten dollars costs, unless plaintiffs within ten days from service of order comply with the order for a bill of particulars dated August 10, 1932. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GOSTA JOHANNSON, Respondent, v. ANGELINA FISCHETTI, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion for a further bill of particulars in so far as item 1 is concerned, granted. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Merrell, J., dissents and votes for affirmance.

JULIUS J. GOLDSTEIN, Respondent, v. RUTH GOLDSTEIN, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LEO HERRMANN and OSCAR HERRMANN, Copartners, etc., and Others, Respondents, v. MANUFACTURERS TRUST COMPANY, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ANNA SCANDAGLIA, Appellant, v. TRANSIT-MIX CONCRETE CORPORATION, Respondent. MARY SCANDAGLIA, an Infant, by ANNA SCANDAGLIA, Her Guardian ad Litem, Appellant, v. TRANSIT-MIX CONCRETE CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LLOYD I. PHYFE, as Receiver of the ESTATES SECURITY CORPORATION, Respondent, Appellant, v. ROBERT L. STEVENS, Appellant, Respondent.— Order so far as appealed from affirmed, without costs, with leave to defendant to answer within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application for a Mandamus Order of GEORGE H. FELTNER, Committee of the Person and Property of AUGUSTA F. FELTNER, an Incompetent Person, Respondent, against TEACHERS' RETIREMENT BOARD, Appellant.— Peremptory order of mandamus and the order or judgment entered thereon so appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of SAMUEL KAPLAN, Respondent, against JOHN A. DELANEY, Chairman, and Others, Comprising the Members of the Board of Transportation of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.